# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| B. DIXON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0236-S-BT |
| | § | |
| ELLIS COUNTY SHERIFF, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and follow court orders pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall transmit a true copy of this Judgment and the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Plaintiff.

**SO ORDERED.**

SIGNED May 23, 2024.

_____
**UNITED STATES DISTRICT JUDGE**