

B  Dixon
Wayne McCollum Detention Center
300 S Jackson Street
Waxachachie, TX 75165

----------------------------------------------------------

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| B. DIXON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0236-S-BT |
| | § | |
| ELLIS COUNTY SHERIFF, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Plaintiff's case will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED May 23, 2024.

**UNITED STATES DISTRICT JUDGE**

# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| B. DIXON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0236-S-BT |
| | § | |
| ELLIS COUNTY SHERIFF, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and follow court orders pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall transmit a true copy of this Judgment and the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Plaintiff.

**SO ORDERED.**

SIGNED May 23, 2024.

_____
**UNITED STATES DISTRICT JUDGE**